PROB 12
(Rev. 12-12)

**United States District Court
for the
DISTRICT OF MARYLAND**

U.S.A. vs. Federico Hawkins                                Docket No.: 0416 8:05CR00428-005

**SEALED
Petition on Supervised Release
Petition #1
July 18, 2019**

4:19mj1362

United States Courts
Southern District of Texas
FILED
*July 24, 2019*
David J. Bradley, Clerk of Court

COMES NOW **Michelle Singletary** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Federico Hawkins** who was placed on supervision for **Conspiracy To Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846, a Class A Felony\***, by the Honorable **Roger W. Titus\*\***, U.S. District Judge, sitting in the court at **Greenbelt, Maryland**, on the 12th day of March, 2007. who sentenced the defendant to **190 Months Bureau of Prisons\*\*\***; **60 Months Supervised Release**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is 5 years.
\*\* On July 12, 2019, Mr. Hawkins' case was assigned to Your Honor.
\*\*\* On December 14, 2015, the term was reduced to 158 months.
Supervision commenced on February 23, 2018.*

1. **The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.**
2. **The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse. which may include evaluation, counseling, and testing as deemed necessary by the probation officer.**
3. **Special Assessment: $100.00**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1**
On or about May 29, 2019, Mr. Hawkins was contacted by law enforcement authorities in the San Antonio. Texas area and failed to report said contact to the probation officer with 72 hours, in violation of Standard Condition #11, which states the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Violation Number 2**
On June 7, 2019, Mr. Hawkins submitted a urine specimen that tested positive for cocaine. in violation of Statutory Condition #3 which states the defendant shall not illegally use or possess a controlled substance.

Case 8:05-cr-00428-DKC   Document 132 *SEALED*   Filed 07/18/19   Page 2 of 2

Re: Hawkins, Federico
Dkt. #: 0416 8:05CR00428-005
Petition #: 1
Page: 2

### Violation Number 3

On June 13, 2019, Mr. Hawkins left the Laredo U.S. Probation Office without permission from the probation officer, in violation of Standard Condition #3, which states the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

### Violation Number 4

On July 17, 2019, Mr. Hawkins was found to be located in Guadalajara Jalsico Mexico without permission of the probation officer, in violation of Standard Condition #1, which states the defendant shall not leave the judicial district without permission of the court or probation officer.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Federico Hawkins for alleged violation(s) of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT
Considered and ordered as prayed this 18th day of July, 2019 and ordered filed and made a part of the records in the above case.

_Deborah K. Chasanow_
Deborah K. Chasanow
U.S. District Judge

I hereby attest and certify on 7/18/19 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

I declare under penalty of perjury that the foregoing is true and correct.

_Michelle Singletary_
Michelle Singletary, U.S. Probation Officer

Date: 7-18-19

Reviewed and Approved By:

Marius Davis, Supervisory U.S. Probation Officer

Date: 7-18-19

Place: Greenbelt, Maryland

AO 442 (Rev 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
| v. | ) | Case No. 8:05-cr-00428-DKC- 5 |
| Federico Hawkins | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Federico Hawking

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Alleged to violation for supervised release.

Date: July 18, 2019

H. Espino
*By: Deputy Clerk*

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |